**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jenae Taniesha Wiggins and Victor Jerome Smith, Sr.,
Defendants,

Of whom Victor Jerome Smith, Sr. is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2024-001763

———————

Appeal From Richland County
Gwendlyne Y. Jones, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-141
Submitted April 15, 2025 – Filed April 22, 2025

———————

**AFFIRMED**

———————

Nancy Carol Fennell, of Irmo, for Appellant.

Becky M. Millholland, of South Carolina Department of Social Services, of Columbia, for Respondent.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Victor Jerome Smith, Sr. appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**THOMAS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.